1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MURPHY, et al., | Case No.: 1:14-cv-00776 - --- - JLT |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTIONS TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE CLERK TO ISSUE NEW CASE DOCUMENTS |
| v. | |
| HOUSING AUTHORITY OF THE COUNTY OF KERN, et al., | |
| Defendants. | (Docs. 2-6) |

Plaintiffs Brittney Murphy, Jane Doe, Patricia Azevedo, Andrea Gonzalez, and Monica Davis initiated this action by filing a complaint and motions to proceed *in forma pauperis*. The Court may authorize the commencement of an action without prepayment of fees "but a person who submits an affidavit that includes a statement of all assets such person . . . possesses [and] that the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a). The Court has reviewed the applications and finds they satisfy the requirements of 28 U.S.C. § 1915(a).

Accordingly, IT IS HEREBY ORDERED:

1. Plaintiffs' motions to proceed *in forma pauperis* are **GRANTED**;
2. The Clerk of Court is DIRECTED to issue summons as to the defendants,
3. The Clerk of Court is DIRECTED to issue and serve Plaintiff with New Civil Case Documents, including the Order regarding Consent, the Consent Form, and USM-285 Forms; and

1

4. The U.S. Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by Plaintiff in the USM Forms.

IT IS SO ORDERED.

Dated:   **May 27, 2014**                             **/s/ Jennifer L. Thurston**
                                                    UNITED STATES MAGISTRATE JUDGE