**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRITTNEY MURPHY, et al., ) <br> ) <br>       Plaintiffs, ) <br> ) <br>   v. ) <br> ) <br> HOUSING AUTHORITY OF THE COUNTY ) <br> OF KERN , et al., ) <br> ) <br>       Defendants. ) | Case No. 1:14-cv-00776 JLT <br><br> **ORDER GRANTING PLAINTIFF JANE DOE'S MOTION FOR LEAVE TO PROCEED ANONYMOUSLY** <br> (Doc. 11) <br><br> **ORDER VACATING HEARING** |

Because no defendant has appeared in this matter, the Court finds that this matter is amenable to decision without argument or further briefing. Moreover, the Court finds that to preserve Jane Doe's identity and safety, immediate temporary orders should issue. Thus, the Court **VACATES** the hearing currently set on July 8, 2014.

Local Rule 140 vests the Court with the authority to allow personal identifiers to be redacted to preserve privacy interests. In this case, Jane Doe has explained significant reasons why her identity should remain secret. (Doc. 11)

///

///

///

///

- 1

Therefore the Court **ORDERS**:

1. Plaintiff Jane Doe's request to use a pseudonym in the above-captioned case and to redact documents containing information that reveals her identity is **GRANTED** <u>until such time as an appropriate protective order may be presented by the parties for the Court's consideration and it is ordered into effect.</u>

IT IS SO ORDERED.

Dated:   **June 2, 2014**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE

- 2