**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY MURPHY, et al., | **Case No. 1:14-cv-00776 JLT** |
| Plaintiff, | **ORDER AFTER NOTICE OF SETTLEMENT (Doc. 52)** |
| v. | |
| HOUSING AUTHORITY OF TH COUNTY OF KERN, et al., | |
| Defendants. | |

On February 18, 2015, Plaintiffs filed a notice that the matter has settled, though conditioned on Defendant performing certain unspecific tasks. (Doc. 52)  Thus, the Court **ORDERS**:

1. The stipulated request for dismissal SHALL be filed no later than May 20, 2015;

2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

**Failure to comply with this order may be grounds for the imposition of sanctions on counsel or the parties who contributed to violation of this order.  See Local Rules 110, 160.**

IT IS SO ORDERED.

Dated:   **February 18, 2015**                    **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28